JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant MCDOWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENYON MCDOWELL,<br>Defendant. | Case No.: CR 09-01041-CRB<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE EVIDENTIARY HEARING** |

The above captioned matter is scheduled for an evidentiary hearing for a Form 12 Supervised Release Revocation on October 27, 2026. Defense counsel needs additional time to investigate and prepare. Further, the parties were informed that the Court has a conflict on the current date. Therefore, the parties agree that the matter be continued to December 17, 2026.

\\

\\

\\

IT IS SO STIPULATED.

September 22, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

MAYA KARWANDE
Assistant United States Attorney

September 22, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

September 23, 2026
Dated

CHARLES R. BREYER
Senior United States District Judge